IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT -4 PM 4:43

| | | |
|---|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   05-2566 BV |
| SOUTHERN BENEFIT ADMINISTRATORS INC., in its capacity as Third Party Administrator of IRON WORKERS LOCAL UNION NO. 167 HEALTH AND WELFARE PLAN AND TRUST, WILLIAM C. BEELER & ASSOCIATES, INC., in its capacity as Third Party Administrator of IRON WORKERS LOCAL UNION NO. 167 HEALTH AND WELFARE PLAN AND TRUST, and TERRY RUCKER, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER DENYING MOTION OF DEFENDANT SOUTHERN BENEFIT
ADMINISTRATORS, INC. FOR A MORE DEFINITE STATEMENT AS MOOT

Before the court is the September 12, 2005 motion of the defendant, Southern Benefit Administrators, Inc., for a more definite statement. Southern Benefit Administrators requests a more definite statement of the allegations contained in Civil Warrant No. 1082565 in the Court of General Sessions, which was removed to this court, because it claims (1) the allegations are so general that the defendant cannot reasonably frame a responsive

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-5-05

pleading, (2) the allegations do not conform to the form of pleadings as required by Rule 10 of the Federal Rules of Civil Procedure, and (3) the allegations do not contain any factual details other than the amount of the alleged debt.

On September 30, 2005, the plaintiff, Shelby County Health Care Corp., filed an amended complaint. As a result, it appears that the defendant's motion for a more definite statement is moot. Accordingly, the motion for a more definite statement is denied without prejudice as moot.

IT IS SO ORDERED this 4th day of October, 2005.

*[signature]*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02566 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Carmel A. Morgan
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable J. Breen
US DISTRICT COURT